**FILED**

03/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0395

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0395

_____

INGE and MARK CAHILL, RANDY and KERIN
GAYNER, WILLIAM and NANETTE REED, and
IRVING ERICKSON,

        Petitioners and Appellants,

   v.

CITY OF COLUMBIA FALLS, COLUMBIA          O R D E R
FALLS BOARD OF ADJUSTMENT,

        Respondents and Appellees,

CNS PROPERTY DEVELOPMENT, LLC, a
Montana Limited Liability Company,

        Respondent.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert B. Allison, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 1 2023